202 So.2d 652

**Succession of Gertrude V. Habetz SCHNEIDER.**

No. 48835.

Sept. 29, 1967.

The application is denied. The judgment complained of is correct.